**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**

**FIRST CHOICE MEDICAL SUPPLY, L.L.C.**                                      **PLAINTIFF**

**V.**                                                                                                         **NO. 3:06cv462-HTW-LRA**

**HCC-HEALTHCARE OF CHARLOTTE, LLC**                                **DEFENDANT**

## ORDER

This cause is before the Court upon the Plaintiff and Defendant's Joint Motion for a Ninety (90) Day Stay, by which they seek to extend all deadlines, including the discovery deadline. The current discovery deadline is May 4, 2007, and a ninety-day extension would move it to August 3, thereby necessitating an extension of the discovery deadline to August 17. The pretrial conference is currently scheduled for August 21; therefore, these extensions cannot be granted unless the parties stipulate that no dispositive motions will be filed, they obtain permission from the District Judge to file a late motion, or the trial date is continued. A continuance of the trial date must be sought from the District Judge to whom the case is assigned.

IT IS THEREFORE ORDERED, that Plaintiff's and Defendant's Joint Motion for a Ninety (90) Day Stay is hereby **denied**, but without prejudice to the parties' seeking further relief as described above.

IT IS SO ORDERED, this the 23rd day of January, 2007.

                                                       S/Linda R. Anderson
                                            UNITED STATES MAGISTRATE JUDGE